Ryan C. Wood (State Bar No. 249048)
Law Offices of Ryan C. Wood, Inc.
611 Veterans Blvd. Ste. 218
Redwood City, CA 94063
Telephone: (650) 366-4858
Facsimile: (650) 366-4875
Ryan@WestCoastBK.com

Attorneys for Debtor

Signed and Filed: February 11, 2026

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:                                                    ) Bankruptcy Case No. 26-30080 HLB-13
                                                          )
Stephen Forbrs Powell,                                    ) Chapter 13
                                                          )
            Debtor.                                       ) **ORDER GRANTING EX PARTE**
                                                          ) **MOTION TO VOLUNTARILY DISMISS**
                                                          ) **CHAPTER 13 CASE**
                                                          )
                                                          )
                                                          )
                                                          )
_____)

In accordance with B.L.R. 1017-2 and 11 U.S.C. §1307(b), for good cause appearing, Debtor's Ex Parte Motion For Voluntary Dismissal of Chapter 13 Case, filed on February 11, 2026, is **GRANTED**.

**IT IS FURTHER ORDERED:**

Debtor's Chapter 13 bankruptcy case is dismissed without prejudice and all automatic stays and any injunction obtained by the Debtor in an proceeding related to this case is/are hereby terminated and the provisions of 11 U.S.C. §349 are herewith effective. The Chapter 13 Trustee is hereby directed to prepare and file a final accounting and return any undisbursed funds to the Debtor.

**\*\*END ORDER\*\***

**Court Service List**