Form DOC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Stephen Forbes Powell | Case No.: 26–30080 HLB 13<br>Chapter: 13 |
| Debtor(s) | |

**NOTICE OF DISMISSAL OF CASE**

**Notice is given** that an order was filed on 2/11/26 dismissing the above–captioned case effective 2/11/26.

Dated: <u>2/11/26</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 20