# Notice Recipients

District/Off: 0971–3          User: admin          Date Created: 2/11/2026
Case: 26–30080               Form ID: DOC          Total: 18

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr      Martha G. Bronitsky     13trustee@oak13.com
aty     Asaph Abrams     ecfcanb@aldridgepite.com
aty     Paul W. Cervenka     paul.cervenka@bonialpc.com
aty     Ryan C. Wood     ryan@westcoastbk.com

                                                                                TOTAL: 5


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Stephen Forbes Powell     730 Southview Way     Woodside, CA 94062
cr          NewRez LLC d/b/a Shellpoint Mortgage Servicing     PO Box 10826,     Greenville, SC 29603–0826
cr          Wells Fargo Bank, N.A.     3333 Camino del Rio South, Suite 225     San Diego, CA 92108 UNITED STATES
smg         Chief Tax Collection Section     Employment Development Section     P.O. Box 826203     Sacramento, CA 94230
smg         CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg         CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812–2952
15858786    Costco Citi Card     Attn: Bankruptcy     Po Box 6500     Sioux Falls, SD 57117
15858787    Franchise Tax Board     PIT Bankruptcy MS: A–340     P.O. Box 2952     Sacramento, CA 95812–2952
15858788    Internal Revenue Service     Centralized Insolvency Operation     PO Box 7346     Philadelphia, PA 19101–7346
15858789    Newrez     Attn: Bankruptcy     P.O.Box 10826     Greenville, SC 29603
15858790    Wells Fargo Bank NA     Attn: Bankruptcy     P.O.Box 393     Minneapolis, MN 55480
15862501    Wells Fargo Bank, N.A.     MAC# N9286–01Y     P.O. Box 1629     Minneapolis MN 55440–9790
15858791    Wells Fargo Mortgage     Attn: Bankruptcy     P.O.Box 10335     Des Moines, IA 50309

                                                                                TOTAL: 13